# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Lewis T. Babcock, Chief Judge

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ARVAIN WEISS, and
2. JESUS GUEVARA,

       Defendants.

___

**Order**
___

      A Hearing on Discovery Motions is scheduled for Thursday, June 15, 2006 at 3:30pm. This Hearing will address the following motions: Motion for 404(b) and 608 Disclosure (Docket # 71), Motion for Disclosure of Exculpatory and Impeachment Information (Docket #73), Motion for Discovery Relating to Expert Opinion Testimony (Docket # 74), Motion for Discovery, Expert Opinions (Docket # 75), Motion for Discovery Relating to Real Estate Transactions and HUD/FHA Policies and Procedures (Docket # 76), Motion for Discovery – *Brady* and *Giglio* Materials (Docket #78), Motion to Produce *Jencks* Materials (Docket #79) and Motion for Disclosure of 404(b), 608 and 609 Evidence (Docket # 81.)

      The Government shall submit a written *James* proffer describing the existence of the conspiracy, the duration of the conspiracy, the members of the conspiracy and the statements made in furtherance of the conspiracy, no later than Friday June 2, 2006.

**DONE and ORDERED,** this   12th   day of May, 2006 at Denver, Colorado.

                                                       s/Lewis T. Babcock
                                             United States District Chief Judge