**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Lewis T. Babcock, Chief Judge**

Criminal Case No. 05-CR-00179-B

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ARVIN WEISS, and
2. JESUS GUEVARA,

      Defendants.

---

## Order

---

      The Government shall file its trial specific disclosures under Fed. R. Evid. 404(b) no later than February 8, 2007.  Defendants shall file their response no later than February 22, 2007.

      The Defendants shall file any challenges to the Government's Expert Witness Disclosure (Docket # 186) no later than February 8, 2007. The Government shall file its response no later than February 22, 2007.

      A Hearing on Status and Scheduling is set for Friday, March 2, 2007 at 2:30pm.

DONE and ORDERED, this   25th   day of January, 2007 at Denver, Colorado.

                           s/Lewis T. Babcock
                         United States District Chief Judge