**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge**

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ARVIN WEISS, and
2. JESUS GUEVARA,

        Defendants.

_____

**Order**
_____

        The Government's Motion for Disclosure of Fed. R. Crim. P. 16(b)(1)(c) Evidence relating to Expert Witnesses (Docket # 196) is GRANTED. Defendants must disclose 45 days prior to trial written summaries of any testimony the Defendants intend to use under Fed. R. Evid. 702, 703 or 705.

        A *Daubert* hearing is set for **Friday, April 20, 2007 at 8:30am** on Defendants' Motion to Exclude Testimony of Gale Bolsover (Docket # 192). This hearing may include evidentiary witnesses on the tool mark analysis portion of Ms. Bolsover's report. In preparation for this hearing the Government will disclose to Defendants the notes Ms. Bolsover used in preparing her report. Defendants will disclose to the Government any witnesses it intends to use at this hearing no later than 10 days prior to the hearing.

        **DONE and ORDERED,** this   2nd   day of March 2007 at Denver, Colorado.

                                        s/Lewis T. Babcock
                                        United States District Chief Judge