IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Action No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ARVIN WEISS,
2. JESUS GUEVARA,

Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the Hearing on *Daubert* motions, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this _____ day of April 2007.

BY THE COURT:

_____
LEWIS T. BABCOCK, Chief Judge

_____
Attorney for Government

_____
Attorney for Defendant Weiss

_____
Attorney for Defendant Guevara

No Exhibit