# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Lewis T. Babcock, Chief Judge

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ARVIN WEISS, and
2. JESUS GUEVARA,

        Defendants.

_____

## Order
_____

      Defendant Arvin Weiss has filed a motion for Issuance of Subpoenas Duces Tecum (Docket # 212).

      The Government's response to this motion shall be filed no later than Tuesday May 1, 2007.

      Defendant Weiss's reply shall be filed no later than Friday, May 11, 2007.

      A Hearing on this motion shall be held Friday, May 18, 2007 at 8:30am.

**DONE and ORDERED,** this   23rd   day of April 2007 at Denver, Colorado.

                                         s/Lewis T. Babcock
                                         United States District Chief Judge