IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA

      Plaintiff,

v.

1.    ARVIN WEISS,
2.    JESUS GUEVARA,

      Defendants.
_____

## ORDER
_____

As set forth on the record at the hearing held on July 27, 2007, IT IS HEREBY ORDERED as follows:

1. The Government shall provide its revised witness and exhibit lists to Defendants on or before September 14, 2007.

2. A preliminary trial preparation conference is scheduled for October 26, 2007 at 10:30 a.m.

Dated: July __27__, 2007 in Denver, Colorado.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE