**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ARVIN WEISS,
2.    JESUS GUEVARA,

       Defendants.

_____

**ORDER**
_____

This matter came before the Court for a status hearing, and after comments by the Court regarding the present trial date,

IT IS ORDERED that the trial set July 14, 2008 is VACATED and RESET to commence Monday, June 23, 2008.

IT IS FURTHER ORDERED that all trial subpoenas previously issued in the within matter are continued in full force and effect and shall be returnable in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado on June 23, 2008.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: March 4, 2008