IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  ARVIN WEISS,
2.  JESUS GUEVARA,

   Defendants.
_____

# ORDER
_____

  Based upon review of the papers and the case file, as well as the arguments made at the hearing held on May 2, 2008, IT IS HEREBY ORDERED as follows:

  1.  In recognition of the Supreme Court's teaching that a trial court has a "continuing duty" at all stages of a prosecution to protect against prejudice that may arise as the result of joinder and "to grant a severance if prejudice does appear"—*see Schaffer v. United States*, 362 U.S. 511, 516 (1960); *United States v. Petersen*, 611 F.2d 1313, 1331 (10th Cir. 1979)—I *sua sponte* GRANT reconsideration of Defendant Guevara's Motion to Sever [**Docket # 69**] and, upon due consideration of the issues raised therein and additional issues stated on the record at the May 2, 2008, hearing in this matter, GRANT Defendant Guevara's Motion;

  2.  Defendant Guevara shall have up to and including June 2, 2008, to file expert witness proffers under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and FED. R. EVID. 702;

3. Trial for Defendant Weiss remains scheduled to commence Monday, June 23, 2008.

Dated: May   2  , 2008.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge