**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    ARVIN WEISS,
2.    JESUS GUEVARA,

      Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant Weiss' Request for Exemption from Rule 615 Exclusionary Rule (Doc 401 - filed June 12, 2008) is **GRANTED**. Patricia Mazal is exempt from the Court's order excluding witnesses.

DATED: June 13, 2008
_____