**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    ARVIN WEISS,
2.    JESUS GUEVARA,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Government's Request for Exemptions from Exclusionary Rule (Doc 400 - filed June 12, 2008) is **GRANTED**. Special Agent Timothy Lishner (HUD) and Postal Inspector Andrew Jones are exempt from the Court's order excluding witnesses.




DATED: June 13, 2008
_____