IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Criminal Action No. 05-cr-00179-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ARVIN WEISS,

Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _16_ day of July 2008

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____
ATTORNEY FOR PLAINTIFF
7/16/08

_____
ATTORNEY FOR DEFENDANT
7/16/08