IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Civil Action No. 10-cv-02888-LTB
Criminal Action No. 05-cr-00179-LTB-1

UNITED STATES OF AMERICA,

v.

1.	ARVIN WEISS,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before      January 6      , 2011, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:    December 8, 2010

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Senior District Judge
United States District Court