## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Criminal Case No.  05-cr-00179-LTB
Civil Action No. 10-cv-02888-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     ARVIN WEISS,

       Defendant.
_____

### MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      Defendant has filed, pro se, a Supplement to 28 U.S.C. 2255 (Doc 623 - filed December 20, 2010).  Plaintiff has **up to and including January 12, 2011** to file a response.




DATED: December 28, 2010
_____