IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00179-LTB
Civil Action No. 10-cv-02888-LTB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

ARVIN WEISS,

    Defendant-Movant.

_____

## FINAL JUDGMENT
_____

    Pursuant to and in accordance with the Order entered by the Honorable Lewis T. Babcock, Senior Judge, on January 27, 2011, the following Final Judgment is hereby entered:

    It is ORDERED that Defendant-Movant Arvin Weiss' Motion to Vacate under 28 U.S.C. § 2255 (Doc. No. 621) filed on November 29, 2010, is DENIED.   It is

    FURTHER ORDERED that the defendant-movant Arvin Weiss is entitled to no relief under § 2255. The corresponding civil action is dismissed with prejudice.

    Dated at Denver, Colorado this     28th     day of January, 2011.

                                       FOR THE COURT:

                                       GREGORY C. LANGHAM, CLERK

                                       By: s/ Edward P. Butler
                                          Edward P. Butler, Deputy Clerk