IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00179-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ARVIN WEISS,

        Defendant.

**ORDER TERMINATING SUPERVISED RELEASE**

THIS MATTER is before the Court on report of the probation officer reporting that the defendant died from natural causes on March 1, 2013, and therefore requests that the defendant be terminated early from supervised release. Accordingly, it is

ORDERED that the defendant shall be terminated from supervised release.

DATED at Denver, Colorado, this   16th   day of April, 2013.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock
        Senior United States District Judge